# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Crystal A Beck**<br>**Norman James Beck**<br>                **Debtor(s)** | **BK NO. 20-02998 HWV**<br><br>**Chapter** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage -Backed Pass-Through Certificates Series 2005-8, U.S. Bank National Association, as Trustee and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      Phone: (215)627-1322
                                      Email: rsolarz@kmllawgroup.com
                                      Attorney for Movant