UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NORMAN JAMES BECK
CRYSTAL A BECK                          CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                              CASE NO: 1-20-02998-HWV

NORMAN JAMES BECK
CRYSTAL A BECK

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on February 28, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of February 28, 2022, the Debtor(s) is/are $7654.63 in arrears with a plan payment having last been made on Apr 02, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 28, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NORMAN JAMES BECK
CRYSTAL A BECK                CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                    CASE NO: 1-20-02998-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 28, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| LEONARD ZAGURSKIE, JR., ESQ<br>110 WEST MAIN AVENUE<br>1ST FLOOR<br>MYERSTOWN, PA 17067- | SERVED ELECTRONICALLY |
| NORMAN JAMES BECK<br>CRYSTAL A BECK<br>22 COLONIAL DRIVE<br>JONESTOWN, PA 17038 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2022

Respectfully submitted,
Matt Arcuri
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com