United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02998-HWV |
| Norman James Beck | Chapter 13 |
| Crystal A Beck | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 02, 2022      Form ID: pdf010      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman James Beck, Crystal A Beck, 22 Colonial Drive, Jonestown, PA 17038-9261 |
| cr | + | Credit Suisse First Boston Mortgage Securities Cor, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | SN Servicing Corporation as servicer for Wilmingto, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5364921 | | CBCS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 5364922 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5374110 | + | Credit Suisse First Boston Mortgage Securities Cor, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5364924 | + | Lebanon Fcu, 300 Schneider Dr, Lebanon, PA 17046-4811 |
| 5364925 | + | Lendmark Financial Services, Attn: Bankruptcy, 1735 North Brown Rd, Ste 300, Lawrenceville, GA 30043-8228 |
| 5364927 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 5364926 | + | Matthew & Hockley Assoc Ltd, 340 South Eighth Street, Lebanon, PA 17042-6006 |
| 5372508 | + | Met-Ed, 101 Crawford's Corner Rd, Bldg 1 Suite 1, Holmdel, NJ 07733-1976 |
| 5364928 | + | Patient Financial Services, PO Box 12013, York, PA 17402-0682 |
| 5459486 | + | SN Servicing Corporation, 13702 Coursey Blvd. Bldg. 1A, Baton Rouge, LA 70817-1370 |
| 5364930 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 5446612 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5364931 | | UMPC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5364932 | | WELLSPAN HEALTH, PO BOX 742641, CINCINNATI, OH 45274-2641 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5364923 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2022 18:40:00 | INTERNAL REVENUE SERVICES, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5367114 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 02 2022 18:40:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 5377438 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2022 18:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5459485 | | Email/Text: bknotices@snsc.com | Mar 02 2022 18:41:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 5364929 | + | Email/Text: philadelphia.bnc@ssa.gov | Mar 02 2022 18:40:00 | Social Security Admininstration/New York, Office Of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-0004 |
| 5378233 | | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2022 18:50:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2022　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 2 Crystal A Beck lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Norman James Beck lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Trustee of BCMB1 Trust ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Rebecca Ann Solarz | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSFB Mortgage -Backed Pass-Through Certificates Series 2005-8, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor SN Servicing Corporation as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Trustee of BCMB1 Trust wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Norman James Beck | Chapter: 13 |
| Debtor 1 | Case No.: 1:20-bk-02998-HWV |
| Crystal A Beck | |
| Debtor 2 | |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE | |
| vs. Movant(s) | |
| NORMAN JAMES BECK CRYSTAL A BECK | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 1, 2022

Order Dismissing Case with Parties - Revised 9/17